UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MONACO BAZZO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. GATES, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01343-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION**<br><br>(Doc. 8) |

　　On October 12, 2021, Plaintiff filed a motion "request[ing] this Honorable Court . . . to ORDER ADR per precedents." (Doc. 8 at 5.) The Court construes Plaintiff's filing as a motion to refer this case to alternative dispute resolution.

　　Plaintiff's motion is premature. As stated in the Court's First Information Order, Plaintiff's complaint is subject to screening pursuant to 28 U.S.C. § 1915A. (*See* Doc. 2 at 3.) If, upon screening, the Court finds that Plaintiff states a cognizable claim for relief, and if the defendants then file an answer to the complaint, the Court will refer this case to ADR at that point. Accordingly, the Court DENIES Plaintiff's motion as premature.

IT IS SO ORDERED.

　　Dated: __October 13, 2021__　　　　　　　　___ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE