UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MONACO BAZZO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>S. GATES, et al.,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-01343-DAD-BAK (BAM) (PC)<br><br>**ORDER SETTING STATUS CONFERENCE VIA ZOOM VIDEOCONFERENCE**<br><br>**Status Conference: 2/14/2023 at 10:00 a.m.** |

　　　　Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

　　　　Given the procedural posture of this action, the Court **HEREBY SETS** this matter for a Status Conference, to be held via Zoom videoconference, on Tuesday, **February 14, 2023, at 10:00 a.m.** At the conference, the Court will address Plaintiff's "Request for Judicial Notice" filed January 11, 2023 (Doc. 18), and the parties' amenability to participating in an early settlement conference.

　　　　Defense counsel shall arrange for Plaintiff's participation.[1] The Zoom settlement conference invitation will be distributed the week prior, or counsel may contact Susan Hall, Courtroom Deputy for Magistrate Baker, at SHall@caed.uscourts.gov. Any difficulties concerning Zoom video conference, or connecting to the Zoom video conference, shall

---

[1] The Court has cleared this date and time with the Litigation Coordinator's Office at Valley State Prison.

1  immediately be reported to Susan Hall.

2      The Court will issue a writ of *habeas corpus ad testificandum* to allow for Plaintiff's

3  participation.

4      The Clerk of the Court is directed to serve a courtesy copy of this Order on the Litigation

5  Coordinator at Valley State Prison via email at CDCRVSPLitigationCoordinator@cdcr.ca.gov.

6  IT IS SO ORDERED.

7  Dated: **January 27, 2023**

8  UNITED STATES MAGISTRATE JUDGE