**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK MONACO BAZZO, | Case No. 1:21-cv-01343-ADA-CDB (PC) |
|     Plaintiff, | |
| v. | |
| S. GATES, | **ORDER & WRIT OF HABEAS CORPUS** |
|     Defendant. | **AD TESTIFICANDUM** |

Frank Monaco Bazzo, CDCR #G-36808, a necessary and material witness in a status conference in this case on **February 14, 2023**, is confined at Valley State Prison, in Chowchilla, California, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Christopher D. Baker, by Zoom video conference from his place of confinement, on Tuesday, **February 14, 2023 at 10:00 a.m**.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a status conference at the time and place above, until completion of the status conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Valley State Prison at (559) 665-8919 or via email.

3. Any difficulties connecting to the Zoom video conference shall immediately be reported to Susan Hall, Courtroom Deputy, at SHall@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Valley State Prison, P. O. Box 99, Chowchilla, California 93610-0099:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Baker at the time and place above, by Zoom video conference, until completion of the status conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**January 27, 2023**__   _____
UNITED STATES MAGISTRATE JUDGE

