1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   FRANK MONACO BAZZO,                         Case No. 1:21-cv-01343-KES-CDB (PC)

12                    Plaintiff,                 ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS TO DENY
13            v.                                 PLAINTIFF'S MOTION FOR JUDGMENT
                                                 ON THE PLEADINGS AND MOTION FOR
14   S. GATES, et al.                            INJUNCTIVE RELIEF

15                    Defendants.                Doc. 60

16

17            Plaintiff Frank Monaco Bazzo is a state prisoner proceeding pro se in this civil rights

18   action filed under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20            On August 8, 2024, the assigned magistrate judge issued findings and recommendations

21   recommending denial of Plaintiff's motion for judgment on the pleadings and injunctive relief.

22   Doc. 60.  The findings and recommendations were served on Plaintiff and contained notice that

23   any objections thereto were to be filed within fourteen days of service.  *Id.* at 17.  Plaintiff filed

24   objections to the findings and recommendations on August 21, 2024.  Doc. 61.

25            In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de

26   novo review of this case, including Plaintiff's objections.  In his objections, Plaintiff asserts that

27   the denial of his motion for judgment on the pleadings is improper because Defendants did not

28   support their affirmative defenses with admissible evidence.  Doc. 61 at 4–5.  However, at the

1    pleading stage of litigation, Defendants are not required to support affirmative defenses with

2    admissible evidence.  Rather, they "need only raise questions of material fact or present

3    affirmative defenses; they are not yet required to prove their case." *Hamilton v. Yates*, 2014 WL

4    4660814, *2 (E.D. Cal. Sept. 17, 2014) (citing *Gen. Conf. Corp. of Seventh-Day Adventists v.*

5    *Seventh-Day Adventist Congregational Church*, 887 F.2d 228, 230 (9th Cir. 1989)).

6        Plaintiff also objects to the recommended denial of injunctive relief.  Doc. 61 at 2.  The

7    magistrate judge found the court could not award the injunctive relief Plaintiff seeks, as Plaintiff

8    requests an order directing the California Department of Corrections and Rehabilitation

9    ("CDCR") to take certain actions, but CDCR is not a party to this case and the court therefore

10    does not have personal jurisdiction over CDCR.  While Plaintiff objects that CDCR is no longer a

11    party because the Court dismissed CDCR in a prior order (*see* Docs. 25, 27, 28), that dismissal

12    was appropriate and Plaintiff cannot relitigate it through his objections to these new findings and

13    recommendations.  Therefore, Plaintiff's objections do not undermine the magistrate judge's

14    analysis.

15        Having carefully reviewed the file, including Plaintiff's objections, the Court finds the

16    findings and recommendations to be supported by the record and proper analysis.

17        Accordingly, **IT IS HEREBY ORDERED** that:

18      1.  The findings and recommendations issued on August 8, 2024 (ECF No. 60) are

19         **ADOPTED** in full;

20      2.  Plaintiff's motion for judgment on the pleadings and for injunctive relief (ECF No. 54)

21         is **DENIED**; and

22      3.  This matter is referred back to the assigned magistrate judge for further proceedings.

23

24

25    IT IS SO ORDERED.

26      Dated:   December 13, 2024                                 

                                   UNITED STATES DISTRICT JUDGE

27

28